THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Appeal from an order and judgment of the Albany Special Term reducing assessments on respondent's real estate. This is an appeal from a certiorari proceeding under article 13 of the Tax Law. There were the usual issues as to value and rate of equalization. In addition the appellants contend that because respondent was accorded a hearing by the city board of review under chapter 300 of the Laws of 1921 that the court review by certiorari is limited only to such matters as affect the jurisdiction of the board of review and that the issues of fact might not be tried *de novo* as provided in section 293 of the Tax Law. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— This is an appeal from a judgment of the Supreme Court, Albany county, reducing the total assessed valuations of eighteen parcels of land owned by relator in the city of Albany, N. Y., on the grounds of overvaluation and inequality. The valuations were reduced from $22,340 to $11,044. On the trial of the proceedings the attorneys for the respective parties stipulated that the assessed value generally on real property throughout the city of Albany is eighty-eight per cent of the actual value. The Tax Law, section 6, required appellants to assess all real property at its full value. The proof sustains the decision of the court confirming the report of the referee. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.